**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:18CV296** |
| vs. | **ORDER** |
| $33,550.00 IN UNITED STATES CURRENCY, | |
| Defendant, | |
| and | |
| TRAVIS WILLIAM EARL DANCER, | |
| Claimant. | |

This matter is before the Court on the amended Motion to Withdraw as Attorney of Record (Filing No. 29) filed by Stephana Femino, counsel for the Claimant, Travis Dancer. Ms. Femino seeks to withdraw due to the breakdown of the attorney-client relationship. (Filing No. 29 at p. 5). Ms. Femino provided proof of service of her motion on Mr. Dancer (Filing No. 29 at p. 7) and Mr. Dancer's affidavit. Mr. Dancer states that he agrees to Ms. Femino's motion and is attempting to find other counsel, and requests a continuance until January to do so because his home in Paradise, California, was destroyed by the Camp Fire. (Filing No. 29-1). Upon review of Ms. Femino's motion and supporting documents,

**IT IS ORDERED:**

1. The Motion to Withdraw Motion to Withdraw as Attorney of Record (Filing No. 29) filed by Stephana Femino, is granted.

2. Ms. Femino shall immediately serve a copy of this Order on Mr. Dancer and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Ms. Femino will not be relieved of applicable duties to the Court, Mr. Dancer, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Dancer will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on his behalf. If substitute counsel does not enter a written appearance, Mr. Dancer shall provide the Clerk of Court his current address and telephone number **within seven days of being served with this Order**.

4. Mr. Dancer may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Mr. Dancer must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Stephana Femino's appearance as counsel of record for Mr. Dancer will be terminated, and the Clerk of Court shall terminate electronic notice to her in this case.

Dated this 17th day of December, 2018.

BY THE COURT:


s/ Michael D. Nelson
United States Magistrate Judge