# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>$33,550.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br><br>  and<br><br>TRAVIS WILLIAM EARL DANCER,<br><br>        Claimant. | **8:18CV296**<br><br>**ORDER** |

This matter is before the Court on the Motion for Extension of Trial Date (Filing No. 39) filed by the United States of America. The United States requests the extension because Claimant, Travis William Earl Dancer, has not responded to discovery requests or otherwise complied with the Court's previous order. Upon consideration,

**IT IS ORDERED** that the Motion for Extension of Trial Date (Filing No. 39) is granted. The final pretrial conference and trial are cancelled, and will be re-scheduled, if necessary, after the Court rules on the United States' anticipated motion for Rule 37 sanctions based on Mr. Dancer's failure to respond to discovery requests.

Dated this 20th day of March, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge